# United States District Court

## Violation Notice

(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| GS2 | E2314894 | Ashley | A2952 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 03/30/2025  0127 | OCGA 40-5-32 |

Place of Offense

Gate 1

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Expired Drivers License
(04-14-2023)

### DEFENDANT INFORMATION

Last Name
Smith          Trenton          M

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GLY806 | GA | 15 | Cher/Camaro | | BIK |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$          Forfeiture Amount
          + $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →

$          **Total Collateral Due**

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
Federal District Courthouse
52 North Main Street
Statesboro, GA 30458

Date  TBD
Time  TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

I state that on **30 March**, 20 **25** while exercising my duties as a law enforcement officer in the **Southern** District of **Georgia**

On 30 March 2025, at approximately 0127hrs, Ft Stewart Military Police responded to Gate 1 for a possible DUI. Trenton, operating a black in color, 2015 Chevrolet Camaro, L/P# (GA/25) GLY806, attempted to access the installation from Gate 1 Access Control Point. Further investigation revealed Trenton displayed multiple clues indicative of alcohol impairment including slurred speech, bloodshot, and watery eyes. Trenton conducted SFST's, which revealed multiple clues indicative of alcohol impairment. Trenton declined to submit to state administered chemical testing of his blood after being advised of the Georgia Implied Consent Notice. A GCIC check revealed that Trenton's Indiana driver's license was expired on 14 April 2023. Trenton was subsequently apprehended for DUI refusal. After Trenton was secured in handcuffs, he was transported to the Fort Stewart PMO, where he was further processed, issued (2) CVBs # (E2314893 and E2314894) for the listed offenses, Suspension of Installation Driving Privileges Memorandum (1 Year) and released to his unit representative (1LT Begley) on a DD FM 2708. The vehicle was secured by Express Towing and towed to their secured lot.

E-5 / SGT

B TRP, 6-8 CAV, 2ABCT, 3ID

00108-2025-TAI083

---

The foregoing statement is based upon:

☐ my personal observation     ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  03/30/2025    [signature]
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident